Hello, I'm Jewish by nationality and I hold Russian passport. In January, I ran to the gates at the Mexican-US border, asking for help and protection from the US border guards. They opened the gates for me, and I entered the US.

**25cv1146-KG-KBM**

Now, I've been in detainee for TEN MONTH! During this time I have been robbed THREE TIMES!!!

I think robbing detainees is a federal crime! It requires Special oversight. No one wants to listen me and they're trying to cover up my story in every way possible!

The first time I was robbed during transfer from Arizona to Mississippi, Security stole my wallet worth ≈ 200 $US and 1500 $US that were inside my wallet!!!

The second time I was robbed during transfer from Mississippi to New Mexico, they stole 50 $US from my commissary account!

Third time I was robbed in New Mexico, at the OTERO County Processing Center, while transferring me to Alexandria. It happened on the night of September 27th, I've been on three hunger strikes since September 27th! No one's paying attention, they're just hushing it up and trying to make a fool out of me! They stole from me in OTERO: 1) sneakers, Jeans, T-shirt, Jacket, phone, belt, money from memory phone (CRYPTO) ≈ 5000-10000 $US, money from my commissary 115 $US, Mexican ID, Mexican Bank Card, All my original document and witness statements regarding my case, also all copies of documents, →

Mark Pushkantser        A-271180814

Therefore all, the financial damages I have suffered amount to at least ten thousand US dollars!!! The emotional suffering worth thousands of times More!!!

Now I'm located in OTERO in NEW MEXICO again. The security are trying to falsify the CCTV footage! And they're saying ~~I was~~ that ICE robbed me!

It's unacceptable that in THIS day and Age, ~~different~~ robbing Jewish in Facilities centers in the United States. The last time Jews were robbed like this was in Nazi Germany! It was during World War II !!!

It's impossible that this is happening in the United States! The United States is the guarantor of stability and equality ~~throught~~ throughout the world !!!

I need help. Thank you for attention. Please take control of the matter.

All the best.

Mark Pushkantser

A-221180814

Nov./13/2025,

Mark Pushkautser
A-221180814 ; D6-50
26 MC GREGOR RANGE ROAD
CHAPARRAL, NEW MEXICO 88081

EL PASO TX 798





quadient

FIRST-CLASS MAIL
IMI
$000.74 ⁰
11/14/2025 ZIP 88081
043M30286478

US POSTAGE

**RECEIVED**
**UNITED STATES DISTRICT COURT**
**ALBUQUERQUE, NEW MEXICO**

**NOV 1 7 2025**

*LEGAL   MAIL*

**MITCHELL R. ELFERS**
**CLERK**

United States District Court
District of New Mexico
Office of the Clerk, Suite 270
333 LOMAS BLVD , N. W.
ALBUQUERQUE, NEW MEXICO 87102