A-22118081 4

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

_____ Division

Mark Pushkantser )
 )
 )
 )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
 -v- )
 )
 )
 )
see attached )
 )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.) )

Case No. 25CV1146 KG-KBM

*(to be filled in by the Clerk's Office)*

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 04 2025

MITCHELL R. ELFERS
CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

SF-1915 Leave to Proceed

A-221180814

Additional Page for Item _Defendants (page 1)_

1. OTERO County Processing Center
2. U.S. Department of Homeland Security
3. U.S. Immigration and Custom Enforcement.
4. OTERO Officers:
   Officer Soto
   Officer Keys
5. Deportation ICE Officer

A-221180814

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name *Mark Pushkantser*

All other names by which you have been known:

ID Number *A - 221180814*

Current Institution

Address *26 MC GREGOR RANGE ROAD*
*CHAPARRAL    NM    88081*

              City            State          Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name *OTERO County Processing Center*

Job or Title *(if known)*

Shield Number

Employer

Address *26 MC GREGOR    RANGE ROAD*
*CHAPARRAL    NM    88081*

              City            State          Zip Code

  ☐ Individual capacity   ☑ Official capacity

Defendant No. 2

Name *U.S. Department of Homeland Security*

Job or Title *(if known)*

Shield Number

Employer

Address

              City            State          Zip Code

  ☐ Individual capacity   ☑ Official capacity

*22118081*4*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name        U.S.Immigration and Custom Enforcement

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

see attached

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

see attached

A-22/180814

SF-1915 Leave to Proceed

Additional Page for Item _Basis for Jurisdiction (page 3)_
The item B and C

The right to a court in a reasonable time.
The right to legal assistance
The right to personal security
Violation of the constitutional right to a
fair trial.
Guarantees of protection from torture.
Protection from robbery.
The right to the inviolability of private
property.
No harm to physical and mental health
Violation of an individual detainee's rights

*A-22180814*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☑   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

see attached

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

see attached

A-22118080814

SF-1915 Leave to Proceed

Additional Page for Item **IV** Statement of Claim (page 4)

Items : A and B:

A:

Arizona (facility) during transfer:

1) Theft a wallet worth 200 $ US and
2) 1500 $ US that were inside wallet in cash

B:

New Mexico (facility and ICE):

1) Theft a money from commissary 115 $ US
2) Phone
3) Money from memory phone (CRYPTO; item 3A)
4) Mexican ID card
5) Mexican Bank Card
6) Russian Passport
7) Russian Driver License
8) Original witness statements
9) All property

Item 3A:

1) Cardano (ADA)     —    800 coin
2) Doge coin (DOGE)   —    1.000 coin
3) Shiba Inu          —  20.000.000 coin
4) TWT               —    2.000 coin
5) Tron coin (TRX)    —   10.000 coin
6) Solana (SOL)       —    20 coin
7) BNB               —    40 coin
8) Usdt              —    2.000 stable coin.

*A-22118084*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

1) February 4-5, transfer from Arizona to Mississippi.
2) September 27, transfer from New Mexico to Louisiana.

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1) In Arizona: Theft of my wallet and cash.
2) New Mexico: Robbery and theft of all my money, phone, and property.
  see attached

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

see attached

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

see attached

A-221180814

SF-1915 Leave to Proceed

Additional Page for Item 6 IV Statement of Claim (page 5 item D)
New Mexico events in OTERO!

Officer Soto:
She kept saying I couldn't prove anything, that she didn't care, and laughed. She falsified the facts: she showed financial statements for the wrong month; she saying that. First claiming the money was put in my pocket. Then everyone started saying than the money was put in my bag.

Officer Keys:
During my hunger strike. Didn't give me a Tablet. Said I would definitly be deported to Russia, where I would be killed, and laughed the whole time.

Deportation Officer:
Dispite what I explained to the ICE officer that after my escape from Russia, my whole family has had huge problems. Even after FIVE years, the police come and promise to find me and kill me. He still makes me sign documents to be deported to Russia. It seems ICE and DHS are working for the Kremlin and represent Moscow's interests. ICE constantly lies and misleads me. It's as if the officer wants me tortured and killed me, in my homeland. It's incredible that something like this could happen in the United States - a country that guarantor stability, security and democrasy all over the world.

*A-22118004*

SF-1915 Leave to Proceed

Additional Page for Item __V. Injures and VI. Relief (page 5)__

__V. Injures:__ Becase of all the event that happened to me, my health deteriorated catastrophically.

1) I've lost several teeth. (Lost six teeth)

2) My vision has deteriorated.

3) My blood pressure has risen,

4) My mental state is terrible,

Now I need highly qualified medical care in various areas.

__VI. Relief__

1) Cancellation of deportation.

2) Grant legal status in the US for me and my wife.

3) Compensation for personal injury (for restore health)

4) Compensation for financial damages

5) Compensation for cryptocurrency damages (see Additional page 4)

6) Compensation for moral harm.

*A-22118081*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

OTERO County Processing Center

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

*A-22118081Y*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

In a tablet, the application grievance.

2.    What did you claim in your grievance?

That I was robbed and all my money and property was stolen.

3.    What was the result, if any?

The result is negative

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I reached the 3d level of escalation, but they didn't listen to me and closed my request.

*A -22/180814*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I went on several hunger strikes to get attention. Without it, no one will react!*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*A-2211180814*

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

*A-22/180814*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

*A-221180814*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 26/NOV/2025

Signature of Plaintiff

Printed Name of Plaintiff   Mark Pushkantser

Prison Identification #   A-221180814

Prison Address   26 MC GREGOR RANGE ROAD
CHAPARRAL     NM   88081
City         State     Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City         State     Zip Code

Telephone Number

E-mail Address

Case 2:25-cv-01146-KG-JMR   Document 2   Filed 12/04/25   Page 17 of 17

**SEAL FIRMLY TO SEAL**



FSC
MIX
Board
FSC® C116918

PAPER
POUCH
how2recycle.info





quadient

PRIORITY MAIL
IMI
**$011.90**⁰
12/02/2025 ZIP 88081
043M30286478

**US POSTAGE**

# UNITED STATES
# POSTAL SERVICE ®

# PRIORITY®
# MAIL

...ted delivery date specified for domestic use.

...domestic shipments include up to $50 of insurance (restrictions apply).*

...Tracking® included for domestic and many international destinations.

...d international insurance.**

...used internationally, a customs declaration form is required.

...does not cover certain items. For details regarding claims exclusions see the
Mail Manual at *http://pe.usps.com*.

...national Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FROM: PUSHKANTSER, MARK

Otero County Processing Center
26 McGregor Range Rd.
Chaparral, NM 88081

A ZZ11808/4

**RECEIVED**
**UNITED STATES DISTRICT COURT**
**ALBUQUERQUE, NEW MEXICO**

**DEC 04   5**

**MITCHELL R. ELFERS**
**CLERK**

**TO:**

## RATE ENVELOPE
...TE ■ ANY WEIGHT

...KED – INSURED

D STATES
L SERVICE●

S TRACKING #

To schedule free Package Pickup,
scan the QR code.



R. Aug. 2013
C-000-0669

EP14F May 2020

United States District Court
District of New Mexico
Office of the Clerk, Suite 270
333 Lomas BLVD, N.W.
ALBUQUERQUE, NEW MEXICO
87102

...aging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments...... U.S. Postal Service; May 2020; All rights reserved. EP14F © U.S. Postal Service, May 2020. This package is not for resale. Misuses may be a violation of federal law.